```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 17454
   ERIC C CALDWELL
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8729


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/07/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 08/29/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINAN    NOTICE ONLY     NOT FILED           .00           .00
AMERICAN GENERAL FINANCE  SECURED VEHIC    4565.00            .00           .00
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED           .00           .00
BLAZER FINANCIAL          NOTICE ONLY     NOT FILED           .00           .00
CAPITAL ONE               UNSECURED       NOT FILED           .00           .00
CAPITAL ONE BANK          NOTICE ONLY     NOT FILED           .00           .00
CAPITAL ONE BANK          NOTICE ONLY     NOT FILED           .00           .00
CAPITAL ONE AUTO FINANCE  NOTICE ONLY     NOT FILED           .00           .00
FIRST NATIONAL BANK OF M  UNSECURED       NOT FILED           .00           .00
FIRST PREMIER BANK        UNSECURED       NOT FILED           .00           .00
NICOR GAS                 UNSECURED       NOT FILED           .00           .00
NICOR GAS                 NOTICE ONLY     NOT FILED           .00           .00
PERSONAL FINANCE CO       UNSECURED        2647.02            .00           .00
PERSONAL FINANCE CO       NOTICE ONLY     NOT FILED           .00           .00
PERSONAL FINANCE CO       NOTICE ONLY     NOT FILED           .00           .00
PERSONAL FINANCE CO       NOTICE ONLY     NOT FILED           .00           .00
PERSONAL FINANCE CO       NOTICE ONLY     NOT FILED           .00           .00
WASHINGTON MUTUAL/PROVID  NOTICE ONLY     NOT FILED           .00           .00
ILLINOIS TITLE LOANS      UNSECURED       NOT FILED           .00           .00
ERNESTO D BORGES JR       DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 17454 ERIC C CALDWELL
```

```
                              ---------------    ---------------
TOTALS                                   .00                .00
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
   Dated: 11/20/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```